UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TIFFANY REYES,** § | **CIVIL ACTION NO: 19-13975** |
| **WIFE OF/AND MANUEL REYES** § | |
| **Plaintiff** § | **SECTION: "F"(3)** |
| § | |
| **VERSUS** § | **JUDGE: Hon. Martin L.C. Feldman** |
| § | |
| **FAMILY SECURITY** § | **MAGISTRATE: Hon. Dana Douglas** |
| **INSURANCE COMPANY, LLC** § | |
| **Defendant** § | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION TO WITHDRAW COUNSEL**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Family Security Insurance Company, L.L.C. and hereby moves for an Order withdrawing Mr. Henry M. Weber as attorney of record for this Defendant. Mr. Weber is no longer employed with Milling Benson Woodward, LLP. Shannon Howard-Eldridge and Lauren A. Williams of the law firm of Milling Benson Woodward L.L.P. will remain as counsel of record for Defendant, and as such, no prejudice or delay shall result from this withdrawal of Mr. Weber as counsel.

**WHEREFORE,** Family Security Insurance Company, L.L.C. prays for an order withdrawing Mr. Henry M. Weber as counsel of record for it in this matter.

                                                                            **Respectfully submitted,**

                                                /s/Shannon Howard-Eldridge
                                                **SHANNON HOWARD-ELDRIDGE (23139)**
                                                **LAUREN A. WILLIAMS (37917)**
                                                Milling Benson Woodward, L.L.P.
                                                68031 Capital Trace Row
                                                Mandeville, Louisiana 70471
                                                Telephone: (985) 871-3924
                                                Fax: (985) 871-6957
                                                Email: seldridge@millinglaw.com
                                                              lwilliams@millinglaw.com
                                                *Attorneys for Defendant,*
                                                *Family Security Insurance Company, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 18th day of November, 2021. Any other counsel of record will be served by first class mail.

                                          /s/ Shannon Howard-Eldridge
                                         **SHANNON HOWARD-ELDRIDGE**